UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-2 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| JAMES DEAN FERGUSON, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an arraignment on May 9, 2022 on an indictment charging him with two counts of abusive sexual conduct. Defense counsel and U.S. Probation are in the process of finding a suitable place for Defendant to live. Defendant may request a hearing on the issue of detention once housing is found.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: May 10, 2022          /s/ *Maarten Vermaat*
                             MAARTEN VERMAAT
                             U.S. MAGISTRATE JUDGE