UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 2:22-cr-2 and 2:22-mj-46 |
| Plaintiff, | |
| | Hon. Paul L. Maloney |
| v. | U.S. District Judge |
| JAMES DEAN FERGUSON, | |
| Defendant. | |
| _____/ | |

## REPORT AND RECOMMENDATION

Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in these cases on September 12, 2022, after receiving the written consent of Defendant and all counsel. At the hearing, Defendant James Dean Ferguson entered pleas of guilty to (1) Count 1 of the Indictment which charges him with abusive sexual contact in violation of 18 U.S.C. §§ 2244(a)(2) and 1153, and (2) the Class B Misdemeanor Information which charges him with criminal contempt in violation of 18 U.S.C. § 401. Those pleas were tendered in exchange for the promises made by the Government in the written plea agreement.

On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the pleas are made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty pleas are made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4. that the Defendant understands the nature of the charges and penalties provided by law; and

5. that the pleas have a sufficient basis in fact.

I therefore recommend that Defendant's pleas of guilty be accepted, that the court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the pleas, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: September 12, 2022         /s/ Maarten Vermaat
                                 MAARTEN VERMAAT
                                 UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than close of business on September 16, 2022, per agreement of the parties. *See* W.D. Mich. LCrR 11.1