UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-2 |
| Plaintiff, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| JAMES DEAN FERGUSON, | |
| Defendant. | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for a bond review hearing on August 3, 2022 after he was arrested on a petition and order regarding violations of his pretrial release (ECF No. 30). At that hearing, the defendant stipulated to detention pending sentencing.

IT IS HEREBY ORDERED that Defendant shall remain detained pending sentencing.

IT IS SO ORDERED.

Dated: September 13, 2022          /s/ *Maarten Vermaat*
                                   MAARTEN VERMAAT
                                   U.S. MAGISTRATE JUDGE